**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| MARTIN DIXON,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>WARDEN OF CMF-VACAVILLE, et al.,<br><br>　　　　　Respondent. | No. EDCV 09-1204-ODW (AGR)<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's Report and Recommendation. The Court agrees with the recommendation of the magistrate judge.

IT IS ORDERED that Judgment be entered denying the Petition and dismissing this action without prejudice.

DATED: September 4, 2009

　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　OTIS D. WRIGHT II
　　　　　　　　　　　UNITED STATES DISTRICT JUDGE