# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MARTIN DIXON,<br><br>    Petitioner,<br><br>    v.<br><br>WARDEN OF CMF-VACAVILLE, et at.,<br><br>    Respondent. | No. EDCV 09-1204-ODW (AGR)<br><br>**JUDGMENT** |

Pursuant to the order adopting the magistrate judge's report and recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed without prejudice.

DATED: September 4, 2009

_____
OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE